**REMAND/MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FIDELITY NATIONAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COVENANT DEVELOPMENT, INC.; BROAN-NUTONE, LLC; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. EDCV11-260-GW(OPx)<br><br>[Assigned to Judge Hon. George H Wu]<br><br>(San Bernardino Superior Court No. CIVVS1100357)<br><br>**ORDER GRANTING REMAND OF CASE NO: EDCV11-260-GW(OPx) BACK TO THE SAN BERNARDINO SUPERIOR COURT. [28 U.S.C.S. § 1447(c)]**<br><br>Date: March 31, 2011<br>Time: 8:30 a.m.<br>Ctrm: "10" |

Pursuant to the stipulation entered into on March 2, 2011, and between, Defendant BROAN-NUTONE, LLC, and Plaintiff, FIDELITY NATIONAL INSURANCE COMPANY:

IT IS ORDERED that the stipulation and agreement entered into between the parties, for a request to remand San Bernardino Superior Court No. CIVVS1100357 back to the County of San Bernardino, be granted; and that a certified copy of this order be mailed by the clerk of this court to the clerk of the Superior Court of the State of California, County of San Bernardino.

1  IT IS FURTHER ORDERED that pursuant to the stipulation reached between
2  the parties, FIDELITY shall not recover any costs and disbursements, including
3  attorneys' fees, in this court against defendant BROAN.

5  Dated: March 9, 2011

*[signature: George H. Wu]*

GEORGE H. WU
Judge, United States District Court

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BM07-0000081
3781582.1

2

# **PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.:
COUNTY OF LOS ANGELES )

*FIDELITY NATIONAL INSURANCE COMPANY vs. COVENANT DEVELOPMENT EDCV11-260-VAP*

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6080 Center Drive, Suite 800, Los Angeles, CA 90045-1574.

    On March 3, 2011, I served the within document(s) described as:

    [PROPOSED] ORDER GRANTING REMAND OF CASE NO: EDCV11-260-VAP BACK TO THE SAN BERNARDINO SUPERIOR COURT. [28 U.S.C.S. § 1447(c)]

    on the interested parties in this action as stated below:

    Peter A. Lynch
    Cozen O'Connor
    501 West Broadway
    San Diego, CA 92101

    (619) 234-1700 (Phone)
    (619) 234-7831 (Fax)

    Attorneys for plaintiff

[X]   (OVERNIGHT DELIVERY) by depositing in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivering to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed above, with fees for overnight delivery paid or provided for and causing such envelope(s) to be delivered by said express service carrier.

    Executed on March 3, 2011, at Los Angeles, California.

    I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

    Hope Elliot
_____          _____
(Type or print name)                                (Signature)